No. 04–5967. PUGH *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 04–5968. MCKENZIE *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 04–5971. BEW *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 04–5973. JOYCE *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 04–5988. WEBBER *v.* DEPARTMENT OF JUSTICE ET AL. C. A. 5th Cir. Certiorari denied.

No. 04–5991. TUCKER *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 04–5992. UDOGWU ET UX. *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 04–5994. CRUM *v.* UNITED STATES ET AL. C. A. D. C. Cir. Certiorari denied.

No. 04–5997. CROCKETT, AKA NEILL, AKA POPE *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 04–6000. ADEDOYIN, AKA OMOADEDOYIN, AKA FAMAKINDE *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 04–6003. BROWN *v.* UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF MISSISSIPPI. C. A. 5th Cir. Certiorari denied.

No. 04–6010. GRAY-BEY *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 04–6011. HARRIS *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 04–6018. GARCIA-GONZALES ET AL. *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.